# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 28, 2013

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  13-14627-B
Case Style:  Terence Wolfe, et al v. The Solomon Law Group, PA
District Court Docket No:  8:09-cv-01207-EAK-AEP

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 13-14627-B
_____

TERENCE K. WOLFE,

Plaintiff - Appellant,

RICHARD B. CELLER,

Plaintiff,

versus

THE SOLOMON LAW GROUP, PA,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Terence K. Wolfe failed to file a Transcript Order Form within the time fixed by the rules, effective October 28, 2013.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Melanie Gaddis, B, Deputy Clerk

FOR THE COURT - BY DIRECTION